ZEEMAN et al., Respondents, v. ROSEN-THAL, Appellant. (City Court of New York, General Term. October 29, 1900.) Action by Isaac D. Zeeman and another against Joseph Rosenthal. From a judgment for plaintiffs, defendant appeals. Affirmed. Louis Levy, for appellant. Max D. Steuer, for respondents.

PER CURIAM. The promise of defendant was not a promise to answer for the debt or default of another. It was an original promise. It was not necessary that it should have been in writing. We think that no error was committed, and the judgment must be affirmed, with costs.

———

ZELLER, Respondent, v. NEW YORK & B. BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by John Zeller against the New York & Brooklyn Brewing Company. No opinion. Judgment of the municipal court affirmed, with costs.